# UNITED STATES DISTRICT COURT
for the
District of Arizona

| | |
|---|---|
| United States of America<br>v.<br>Noe Santos-Garcia,<br>aka: Edwin Geovani Caceres-Alvarado<br>A208 203 136<br>*Defendant* | Case No. 16-7416 MJ |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about November 12, 2016, in the County of Maricopa, in the District of Arizona, the defendant violated Title 8, U.S.C. § 1326(a), an offense described as follows:

Noe Santos-Garcia, an alien, was found in the United States of America, at or near Gila Bend, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States, at or near Alexandria, Louisiana, on or about September 29, 2016, and not having obtained the express consent of the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a).

I further state that I am a Border Patrol Agent with U.S. Customs and Border Protection.

This criminal complaint is based on these facts:

**See Attached Statement of Probable Cause Incorporated By Reference Herein**

REVIEWED BY: *CEB* Charles E. Bailey, P.S. for AUSA Brandon M. Brown

☒ Continued on the attached sheet.

*Complainant's signature*
Timothy S. Goodin
U.S. Border Patrol Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: November 14, 2016

*Judge's signature*
Bridget S. Bade
United States Magistrate Judge
*Printed name and title*

City and state: Phoenix, Arizona

## STATEMENT OF PROBABLE CAUSE

I, Timothy S. Goodin, being duly sworn, hereby depose and state as follows:

1. Your affiant is a United States Border Patrol Agent. I have learned from direct participation in the investigation and from the reports and communications of other agents and officers the facts recited herein.

2. On November 12, 2016, Border Patrol Agent A. Angarica encountered an individual near Gila Bend, in the District of Arizona. The Agent identified himself as a Border Patrol agent and performed an immigration inspection on the individual. The individual, later identified as Noe Santos-Garcia, admitted to being a citizen and national of a country other than the United States, unlawfully present in the United States. Santos-Garcia was transported to the Ajo Border Patrol Station for further processing. Santos-Garcia was held in administrative custody until his identity could be confirmed along with his immigration and criminal history.

3. Immigration history checks revealed Noe Santos-Garcia to be a citizen of Guatemala and a previously deported alien. Santos-Garcia was removed from the United States to Guatemala through Alexandria, Louisiana, on or about September 29, 2016, pursuant to the reinstatement of a removal order issued by an immigration official. There is no record of Noe Santos-Garcia in any Department of Homeland Security database to suggest that he obtained permission from the Secretary of the Department of Homeland Security to return to the United States after his removal. Santos-

Garcia's immigration history was matched to him by electronic fingerprint comparison.

4. On November 12, 2016, Noe Santos-Garcia was advised of his constitutional rights. Santos-Garcia acknowledged his rights and declined to make a statement under oath without a lawyer present.

5. For these reasons, this affiant submits that there is probable cause to believe that on or about November 12, 2016, Noe Santos-Garcia, an alien, was found in the United States of America, at or near Gila Bend, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States at or near Alexandria, Louisiana, on or about September 29, 2016, and not having obtained the express consent of the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a).

Timothy S. Goodin
U.S. Border Patrol Agent

Sworn to and subscribed before me
this 14th day of November, 2016.

Bridget S. Bade
United States Magistrate Judge